**IT IS SO ORDERED.**

Dated: June 25, 2010
    12:28:36 PM

                                                    **Kay Woods**
                                                    **United States Bankruptcy Judge**

200923375
(JJR)

                UNITED STATES BANKRUPTCY COURT
                   NORTHERN DISTRICT OF OHIO
                         AT YOUNGSTOWN

| IN RE: | Case No. 09-41289 |
|---|---|
| Dessie J. Pack | Chapter 13 |
| | Judge Woods |
| Debtor(s) | |
| | **AGREED ORDER FOR RELIEF FROM STAY OF U.S. BANK, N.A. (PROPERTY ADDRESS: 597 OAK KNOLL AVENUE SOUTHEAST, WARREN, OHIO 44483)** |

       This matter came to be considered on the Motion for Relief From Stay (the "Motion") filed U.S. Bank, N.A. ("Movant").

       Movant has alleged that good cause exists for granting the Motion and that Debtor, counsel for Debtor, the Chapter 13 Trustee, and all other necessary parties were served with this Motion and with notice of the hearing date for this Motion; and

The parties have entered into an agreement resolving the Motion, **the terms of which are set forth as follows:  The post-petition arrearage due as of June 30, 2010, is $9,346.99, which amount consists of 3 payments (7/1/09 through 9/1/09) at $684.84 each, and also consists of 9 payments (10/1/09 through 6/1/10) at $700.90 each, 3 late charges (7/1/09 through 9/1/09) at $27.39 each, and also consists of 9 late charges (10/1/09 through 6/1/10) at $28.04, and $650.00 for attorney fees and costs incurred herein, less $0.16 in debtor's suspense account.**

**In order to cure said post-petition arrearage, Creditor is permitted to file a Supplemental Proof of Claim in the amount of $9,346.99.**

**Said lump sum payment is in addition to the regular monthly mortgage payments due and owing for said months.  All payments shall be tendered to:**

> U.S. Bank Home Mortgage
> 4801 Frederica Street
> Owensboro, KY 42301

**This payment address is subject to change.**

**Failure by the Debtor to make any payment described above shall constitute a default.**

**IT IS THEREFORE, ORDERED:**

l.	The Debtor shall maintain regular monthly post-petition payments to Movant outside the Chapter l3 plan beginning with a payment due July 1, 2010.  Failure by the Debtor to make any payment within **15** days of the date due shall constitute a default.

2.	Upon the existence of a default, **Counsel for Movant, its successors and assigns, or servicers** may send Debtor and counsel for Debtor a 10-day notice of Movant's intent to file an affidavit and proposed order granting relief from stay.

3.	If the default is not cured within that 10-day period, then upon the filing of an affidavit by Movant, **or successors and assigns, or servicers** attesting to the default by the Debtor, an Order shall be entered without further hearing, terminating the stay imposed by Section 362(a) of the Bankruptcy Code

with respect to Movant, its successors and assigns, **or servicers**. **The only ground for objection to such an Order shall be that payments were timely made.**

###

| | |
|---|---|
| SUBMITTED BY: | APPROVED BY: |

/s/ Michael R. Proctor, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Ohio Supreme Court #0076240
Romi T. Fox, Attorney
Ohio Supreme Court #0037l74
A Legal Professional Assoc.
P.O. Box 5480
Cincinnati, Ohio 45201-5480
(513) 241-3100 ext. 3224
(513) 354-6464 fax
nohbk@lsrlaw.com

Attorneys for Movant,
U.S. Bank, N.A.

/s/ Robert P. Safos, Case Attorney
Ohio Supreme Court #0005044
Robert P. Safos
585 East Market Street
Warren, OH 44481-1242
(216) 395-1800

Attorney for Debtor(s),
Dessie J. Pack

COPIES TO:

Dessie J. Pack
597 Oak Knoll Ave., SE
Warren, OH 44483

Robert P. Safos, Debtor's Counsel
585 East Market Street
Warren, OH   44481-1242

Michael A. Gallo, Trustee
20 Federal Plaza W
# 602
Youngstown, OH 44503

Office of the U.S. Trustee
20 Federal Plaza West, Suite 600
Youngstown, OH 44503

US Bank
P.O. Box 20005
Owensboro, KY 42304-0005

Michael R. Proctor, Esq.
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, Ohio  45201-5480